People v Gagum
2026 NY Slip Op 02799
May 5, 2026
Appellate Division, First Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, Respondent,
v
Nelson Gagum, Defendant-Appellant.

Decided and Entered: May 05, 2026
Ind. No. 70726/22|Appeal No. 6539|Case No. 2023-03461|
Before: Manzanet-Daniels, J.P., Kapnick, Rodriguez, Pitt-Burke, O'Neill Levy, JJ.

Twyla Carter, The Legal Aid Society, New York (Mimi Lei of counsel), for appellant.
Alvin L. Bragg, Jr., District Attorney, New York (Ethan Solomon of counsel), for respondent.

[*1]
An appeal having been taken to this Court by the above-named appellant from a Judgment of the Supreme Court, New York County (Maxwell T. Wiley, J.), rendered May 31, 2023.
Said appeal having been argued by counsel for the respective parties, due deliberation having been had hereon, and finding the sentence not excessive.
It is unanimously ordered that the judgment appealed from be and same is hereby affirmed.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: May 5, 2026